CHRISTINA GOEBELSMANN (SBN 273379)
Assistant United States Trustee
TREVOR FEHR (SBN 316699)
Trial Attorney
PAUL G. LEAHY (SBN 320775)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: trevor.fehr@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 24-50211-DM |
| | Chapter 11 |
| TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV, LP, ET AL., | (Jointly Administered)[1] |
| Debtor. | |

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following three unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned case:

/ / /

/ / /

/ / /

---

[1] The matter includes the case of the named debtor and the jointly administered cases of all affiliated debtors (collectively, "Related Cases") identified in the Court's Order (I) Directing the Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Certain Relate Relief in *In re Trinitas Advantaged Agriculture Partners IV, LP*, Case No. 24-50211 (Bankr. N.D. Cal.). [*See* ECF No. 20; *see also* ECF No. 2]. The debtors are collectively referred to as "Debtors" for purposes of this Appointment.

1. Scott A Eastom on behalf of The Hulling Company
2. Coult Dennis on behalf of Superior Soil Supplements LLC
3. Marcus Galvan

Dated: March 7, 2024

                                                        Respectfully Submitted,

                                                        TRACY HOPE DAVIS
                                                        UNITED STATES TRUSTEE

                                       By:   */s/ Christina L. Goebelsmann*
                                                      Christina L. Goebelsmann
                                                      Assistant United States Trustee