| | |
|---|---|
| 1 | **KELLER BENVENUTTI KIM LLP** |
| 2 | JANE KIM (Cal. Bar No. 298192) |
|   | (jkim@kbkllp.com) |
| 3 | JEREMY V. RICHARDS (Cal. Bar No. 102300) |
|   | (jrichards@kbkllp.com) |
| 4 | 425 Market Street, 26th Floor |
|   | San Francisco, California 94105 |
| 5 | Telephone: (415) 496-6723 |
|   | Facsimile: (650) 636-9251 |

*Proposed Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV, LP *et al.*,[1]<br><br>Debtors. | Case No. 24-50211 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF REVISIONS TO PROPOSED DIP CREDIT AGREEMENT AND PROPOSED INTERIM ORDER WITH RESPECT TO MOTION OF THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING**<br><br>Date: March 7, 2024<br>Time: 11:30 a.m. (Pacific Time)<br>Place: **Tele/Videoconference Appearances Only**<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

---

[1] The last four digits of Trinitas Advantaged Agriculture Partners IV, LP's tax identification number are 3730. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/trinitas. The Debtors' service address is 2055 Woodside Road, Suite 195, Redwood City, CA 94061.

**TO THE UNITED STATES BANKRUTPCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on February 19, 2024 (the "Petition Date"), Trinitas Advantaged Agriculture Partners IV, LP; Trinitas Farming, LLC; Dixon East LLC; Turf Ranch LLC; Rasmussen LLC; Johl LLC; Chiala LLC; Hall Ranch LLC; Dinuba Ranch, LLC; Porterville LLC; Tule River Ranch, LLC; Jeffrey Ranch, LLC; Toor Ranch, LLC; Lamb Ranch, LLC; Fry Road, LLC; Adobe Ranch, LLC; Marcucci Ranch, LLC; Ratto Ranch, LLC; and Phelps Ranch, LLC (collectively, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, also on the Petition Date, the Debtors filed the *Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing; (II) Granting Liens and Superpriority Claims; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Setting a Final Hearing; and (VI) Granting Related Relief* (the "DIP Motion") [Dkt. No. 12].[2]

**PLEASE TAKE FURTHER NOTICE** that in connection with the DIP Motion, on February 29, 2024, the Debtors filed, at Dkt. No. 32, a notice attaching, as Exhibit A thereto, a final form of DIP Credit Agreement (the "Original Credit Agreement").

**PLEASE TAKE FURTHER NOTICE** that in connection with the DIP Motion, on March 1, 2023, the Debtors filed a *Notice of Filing of Proposed Order, Etc.* [Dkt. No. 38], which attached, as Exhibit A thereto, a proposed Interim Order on the DIP Motion (the "March 1 Interim DIP Order").

**PLEASE TAKE FURTHER NOTICE** that the parties to the DIP Credit Agreement have made certain modifications to the DIP Credit Agreement and the Interim Order on the DIP Motion to address the Court's Concerns Regarding DIP Credit Agreement [Dkt. No. 42] and to clarify certain other issues.

**PLEASE TAKE FURTHER NOTICE** that a revised version of the DIP Credit Agreement, and a redline, showing changed pages to the DIP Credit Agreement from the Original Credit Agreement, are attached hereto as **Exhibit A-1** and **Exhibit A-2**, respectively.

**PLEASE TAKE FURTHER NOTICE** that a revised version of the Interim DIP Order, and a redline, showing changed pages to the Interim DIP Order from the March 1 Interim DIP Order, are attached hereto as **Exhibit B-1** and **Exhibit B-2**, respectively.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has set a hearing (the "Hearing") to consider the interim relief requested in the DIP Motion on **March 7, 2024, at 11:30 a.m.** (Prevailing Pacific Time), before the Honorable Dennis Montali, United States Bankruptcy Judge. **The Hearing shall be conducted by video or teleconference**

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the DIP Motion or the DIP Credit Agreement, as applicable.

Keller Benvenutti Kim LLP
425 Market Street, 26th Floor
San Francisco, California 94105

**only.** The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at www.canb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that Debtors' and Lender's counsel will be prepared to more fully address the issues raised in the Court's Concerns Regarding DIP Credit Agreement, the changes made to the DIP Credit Agreement and the Interim Order, and other issues relating to the foregoing at the Hearing.

Dated: March 7, 2024        **KELLER BENVENUTTI KIM LLP**

By: */s/ Jane Kim*
    Jane Kim

*Proposed Attorneys for Debtors and Debtors in Possession*