# Exhibit B-2

**INTERIM DIP ORDER (CHANGED PAGES ONLY)**

1 commencing on the Petition Date through and including the earlier to occur of (x) the date of entry of the Final Order, and (y) the occurrence of a DIP Termination Event (as defined below), solely in accordance with, and for the purposes permitted by, this Interim Order the DIP Credit Agreement and the Approved Budget, and (ii) pay all interest, costs, fees, and other amounts and obligations accrued or accruing under the DIP Credit Agreement, all pursuant to the terms and conditions of this Interim Order, the Approved Budget, and the DIP Credit Agreement.

3. <u>Financing Documents</u>.

(a) *Authorization*. The Debtors are hereby authorized to enter into, execute, deliver, and perform all obligations under the DIP Credit Agreement. No obligation, payment, transfer, or grant of security hereunder or, once approved, under the DIP Credit Agreement and DIP Documents, shall be stayed, restrained, voidable, avoidable, or recoverable under the Bankruptcy Code or under any applicable state, federal, or foreign law (including, without limitation, under chapter 5 of the Bankruptcy Code or under any applicable state Uniform Fraudulent Transfer Act, Uniform Voidable Transactions Act, Uniform Fraudulent Conveyance Act, or similar statute or foreign law), or be subject to any defense, reduction, setoff, counterclaim, recoupment, offset, recharacterization, subordination (whether equitable, contractual or otherwise), cross-claims, or any other challenge under the Bankruptcy Code or any applicable law, rule, or regulation by any person or entity. <u>Notwithstanding the foregoing, Section 3.22(g) of the DIP Credit Agreement shall apply only to the Obligations and the language "nor the obligations under the Prepetition Loan Documents" in that subsection shall be deemed stricken from the DIP Credit Agreement.</u>

(b) *Approval; Evidence of Borrowing Arrangements*. Except as set forth herein, all terms, conditions, and covenants set forth in the DIP Credit Agreement are approved and shall be binding on the Debtors. All such terms, conditions, and covenants shall be sufficient and conclusive evidence of (i) the borrowing arrangements by and among the Debtors, the DIP Agent, and the DIP Lenders, and (ii) the Debtors' agreement to comply with all the terms, conditions, and covenants of the DIP Credit Agreement for all purposes, including, without