Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of __2/29/24__ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| South Olive Holdings, LLC | 100% | |
| WL Olives, LLC | 77% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| | |
|---|---|
| **For non-individual Debtors:** | ✘ /s/ Kirk Hoiberg_____ <br> Signature of Authorized Individual <br>  Kirk Hoiberg_____ <br> Printed name of Authorized Individual <br> Date  03/18/2024___ <br> MM / DD / YYYY |
| **For individual Debtors:** | ✘ _____  ✘ _____ <br> Signature of Debtor 1                          Signature of Debtor 2 <br> _____     _____ <br> Printed name of Debtor 1                   Printed name of Debtor 2 <br> Date _____                       Date _____ <br> MM / DD / YYYY                                  MM / DD / YYYY |

**Exhibit A: Financial Statements for South Olive Holdings, LLC & WL Olives, LLC**

South Olive Holdings, LLC is owned 100% by Debtor (TAAP IV). South Olive Holdings owns 77% of WL Olives, LLC.

South Olive Holdings, LLC is a pass-through entity and therefore does not have an income statement.

Debtor Name    Trinitas Advantaged Agriculture Partners IV, LP          Case number   24-50211

**Exhibit A-1: Balance Sheet for South Olive Holdings, LLC & WL Olives, LLC as of 2/29/24**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Data Via NetSuite.

**See following pages for Balance Sheets.**

# WL Olives
# Balance Sheet
# End of Dec 2023

| Financial Row | Amount |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank** | |
| 100088 - Checking - WL Olives | $364,506.89 |
| **Total Bank** | **$364,506.89** |
| **Other Current Asset** | |
| **111000000 - Crops Receivable** | |
| 111062023 - OL Receivable - 2023 | $1,318,202.93 |
| **Total - 111000000 - Crops Receivable** | **$1,318,202.93** |
| **130000 - Related Party Receivables** | |
| 130060 - TAAP IV, LP | $1,000,000.00 |
| **Total - 130000 - Related Party Receivables** | **$1,000,000.00** |
| **149000000 - Growing Crops** | |
| 149060000 - OL Growing Crops | $333,452.83 |
| **Total - 149000000 - Growing Crops** | **$333,452.83** |
| **Total Other Current Asset** | **$2,651,655.76** |
| **Total Current Assets** | **$3,016,162.65** |
| **Fixed Assets** | |
| **160000 - Property, Plant & Equipment** | |
| 160010 - Land | $3,333,500.36 |
| 160020 - Land Preparation | $7,068,193.42 |
| 160060 - Pre-Productive Costs | $1,200,555.58 |
| 160070 - Pumps and Wells | $116,952.18 |
| 160099 - Accumulated Depreciation | ($149,335.42) |
| **Total - 160000 - Property, Plant & Equipment** | **$11,569,866.12** |
| **Total Fixed Assets** | **$11,569,866.12** |
| **Total ASSETS** | **$14,586,028.77** |
| **Liabilities & Equity** | |
| **Equity** | |
| **301000 - Capital Contributions** | |
| 301087 - South Olive Holdings, LLC | $11,438,187.29 |
| 301089 - WL Farms | $3,447,213.00 |
| **Total - 301000 - Capital Contributions** | **$14,885,400.29** |
| Retained Earnings | ($36,231.01) |
| Net Income | ($263,140.51) |
| **Total Equity** | **$14,586,028.77** |
| **Total Liabilities & Equity** | **$14,586,028.77** |

# WL Olives
# Balance Sheet
# End of Feb 2024

| Financial Row | Amount |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank** | |
|       100088 - Checking - WL Olives | $295,074.26 |
|     **Total Bank** | **$295,074.26** |
|     **Other Current Asset** | |
|       **111000000 - Crops Receivable** | |
|         111062023 - OL Receivable - 2023 | $989,124.07 |
|       **Total - 111000000 - Crops Receivable** | **$989,124.07** |
|       **130000 - Related Party Receivables** | |
|         130060 - TAAP IV, LP | $1,364,506.89 |
|         130099 - Intercompany Receivable Clearing | $2,000,000.00 |
|       **Total - 130000 - Related Party Receivables** | **$3,364,506.89** |
|       **149000000 - Growing Crops** | |
|         149060000 - OL Growing Crops | $432,328.29 |
|       **Total - 149000000 - Growing Crops** | **$432,328.29** |
|     **Total Other Current Asset** | **$4,785,959.25** |
|   **Total Current Assets** | **$5,081,033.51** |
|   **Fixed Assets** | |
|     **160000 - Property, Plant & Equipment** | |
|       160010 - Land | $3,333,500.36 |
|       160020 - Land Preparation | $7,068,193.42 |
|       160060 - Pre-Productive Costs | $1,200,555.58 |
|       160070 - Pumps and Wells | $116,952.18 |
|       160099 - Accumulated Depreciation | ($170,644.12) |
|     **Total - 160000 - Property, Plant & Equipment** | **$11,548,557.42** |
|   **Total Fixed Assets** | **$11,548,557.42** |
| **Total ASSETS** | **$16,629,590.93** |
| **Liabilities & Equity** | |
|   **Current Liabilities** | |
|     **Accounts Payable** | |
|       **200000 - Accounts Payable** | |
|         200001 - Accounts Payable | $66,215.06 |
|       **Total - 200000 - Accounts Payable** | **$66,215.06** |
|     **Total Accounts Payable** | **$66,215.06** |
|     **Other Current Liability** | |
|       **240000 - Current Portion of Debt** | |
|         240100 - AAC LOC | $2,000,000.00 |
|       **Total - 240000 - Current Portion of Debt** | **$2,000,000.00** |
|     **Total Other Current Liability** | **$2,000,000.00** |
|   **Total Current Liabilities** | **$2,066,215.06** |
|   **Equity** | |
|     **301000 - Capital Contributions** | |
|       301087 - South Olive Holdings, LLC | $11,449,538.99 |
|       301089 - WL Farms | $3,447,213.00 |
|     **Total - 301000 - Capital Contributions** | **$14,896,751.99** |
|     Retained Earnings | ($299,371.52) |
|     Net Income | ($34,004.60) |
|   **Total Equity** | **$14,563,375.87** |
| **Total Liabilities & Equity** | **$16,629,590.93** |

# South Olive Holdings, LLC
## Balance Sheet: End of Dec 2023

| Financial Row | Amount |
|---|---|
| **ASSETS** | |
|   **Other Assets** | |
|     **190000 - Investments** | |
|       190088 - WL Olives, LLC | $11,438,187.29 |
|     **Total - 190000 - Investments** | **$11,438,187.29** |
|   **Total Other Assets** | **$11,438,187.29** |
| **Total ASSETS** | **$11,438,187.29** |
| **Liabilities & Equity** | |
|   **Equity** | |
|     **301000 - Capital Contributions** | |
|       301060 - TAAP IV LP | $11,438,187.29 |
|     **Total - 301000 - Capital Contributions** | **$11,438,187.29** |
|     Net Income | $0.00 |
|   **Total Equity** | **$11,438,187.29** |
| **Total Liabilities & Equity** | **$11,438,187.29** |

## Balance Sheet: End of Jan 2024

| Financial Row | Amount |
|---|---|
| **ASSETS** | |
|   **Other Assets** | |
|     **190000 - Investments** | |
|       190088 - WL Olives, LLC | $11,449,538.99 |
|     **Total - 190000 - Investments** | **$11,449,538.99** |
|   **Total Other Assets** | **$11,449,538.99** |
| **Total ASSETS** | **$11,449,538.99** |
| **Liabilities & Equity** | |
|   **Equity** | |
|   **Equity** | |
|     **301000 - Capital Contributions** | |
|       301060 - TAAP IV LP | $11,449,538.99 |
|     **Total - 301000 - Capital Contributions** | **$11,449,538.99** |
|   **Total - Equity** | **$11,449,538.99** |
|     Net Income | $0.00 |
|   **Total Equity** | **$11,449,538.99** |
| **Total Liabilities & Equity** | **$11,449,538.99** |

## Balance Sheet: End of Feb 2024

| Financial Row | Amount |
|---|---|
| **ASSETS** | |
|   **Other Assets** | |
|     **190000 - Investments** | |
|       190088 - WL Olives, LLC | $11,449,538.99 |
|     **Total - 190000 - Investments** | **$11,449,538.99** |
|   **Total Other Assets** | **$11,449,538.99** |
| **Total ASSETS** | **$11,449,538.99** |
| **Liabilities & Equity** | |
|   **Equity** | |
|   **Equity** | |
|     **301000 - Capital Contributions** | |
|       301060 - TAAP IV LP | $11,449,538.99 |
|     **Total - 301000 - Capital Contributions** | **$11,449,538.99** |
|   **Total - Equity** | **$11,449,538.99** |
|     Net Income | $0.00 |
|   **Total Equity** | **$11,449,538.99** |
| **Total Liabilities & Equity** | **$11,449,538.99** |

**Exhibit A-2: Statement of Income (*Loss*) for South Olive Holdings, LLC & WL Olives, LLC as of 2/29/24**

[Provide a statement of income (*loss*) for the following periods:

 (i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

Data Via NetSuite.

*South Olive Holdings, LLC is a pass-through entity and therefore does not have an income statement.*

**See following pages for Income Statements.**

# WL Olives
# Income Statement
# From Jan 2023 to Dec 2023

| Financial Row | Amount |
|---|---:|
| **Ordinary Income/Expense** | |
|   Income | |
|     400000000 - Crop Sales | |
|       400062022 - OL Sales - 2022 | ($18,530.73) |
|       400062023 - OL Sales - 2023 | $1,318,202.93 |
|     **Total - 400000000 - Crop Sales** | **$1,299,672.20** |
|   **Total - Income** | **$1,299,672.20** |
|   Cost Of Sales | |
|     500000000 - Cost of Goods Sold | |
|       500062022 - OL COGS - 2022 | ($29,717.03) |
|       500062023 - OL COGS - 2023 | $1,608,490.16 |
|     **Total - 500000000 - Cost of Goods Sold** | **$1,578,773.13** |
|   **Total - Cost Of Sales** | **$1,578,773.13** |
|   **Gross Profit** | **($279,100.93)** |
|   Expense | |
|     **Total - 621000 - General Farming** | **$308,446.53** |
|     **Total - 622000 - Water Pool** | **$19,553.36** |
|     **Total - 622300 - Irrigation R&M** | **$169,799.01** |
|     **Total - 623000 - Fertilizers** | **$170,144.65** |
|     **Total - 624100 - Chemicals** | **$163,893.02** |
|     **Total - 625000 - Farming Consultants** | **$160,745.10** |
|     **Total - 630000 - Harvest Activities** | **$387,030.00** |
|     **Total - 652000 - Farming Overhead** | **$1,394.50** |
|     **Total - 652400 - Property Taxes** | **$15,256.59** |
|     700000000 - SG&A | |
|       700100000 - Invoiced SG&A | $7,768.41 |
|       702100000 - Taxes | $800.00 |
|     **Total - 700000000 - SG&A** | **$8,568.41** |
|     **Total - 800000 - Capitalization** | **($1,396,262.76)** |
|   **Total - Expense** | **$8,568.41** |
| **Net Ordinary Income** | **($287,669.34)** |
| **Other Income and Expenses** | |
|   Other Expense | |
|     900000 - Fund/Portfolio Expenses | |
|       920000 - Other Income/Expense | |
|         920103 - Dividend Income | ($20,000.00) |
|         920107 - Other Income | ($4,528.83) |
|       **Total - 920000 - Other Income/Expense** | **($24,528.83)** |
|       930000 - Ranch Expenses (COGS) | |
|         930300 - Ranch Depreciation | $127,852.36 |
|         930999 - Capitalized Ranch Expenses | ($127,852.36) |
|       **Total - 930000 - Ranch Expenses (COGS)** | **$0.00** |
|     **Total - 900000 - Fund/Portfolio Expenses** | **($24,528.83)** |
|   **Total - Other Expense** | **($24,528.83)** |
| **Net Other Income** | **$24,528.83** |
| **Net Income** | **($263,140.51)** |

# WL Olives
# Income Statement
# Jan 2024, Feb 2024

| Financial Row | Amount |
|---|---|
| **Ordinary Income/Expense** | |
|   **Cost Of Sales** | |
|     **500000000 - Cost of Goods Sold** | |
|       500062023 - OL COGS - 2023 | $34,114.58 |
|     **Total - 500000000 - Cost of Goods Sold** | **$34,114.58** |
|   **Total - Cost Of Sales** | **$34,114.58** |
|   **Gross Profit** | **($34,114.58)** |
|   **Expense** | |
|     **Total - 622000 - Water Pool** | **$33,598.98** |
|     **Total - 622300 - Irrigation R&M** | **$4,968.46** |
|     **Total - 624100 - Chemicals** | **$232.06** |
|     **Total - 625000 - Farming Consultants** | **$38,767.26** |
|     **800000 - Capitalization** | |
|       830000 - Growing Crops | ($77,566.76) |
|     **Total - 800000 - Capitalization** | **($77,566.76)** |
|   **Total - Expense** | **$0.00** |
| **Net Ordinary Income** | **($34,114.58)** |
| **Other Income and Expenses** | |
|   **Other Expense** | |
|     **900000 - Fund/Portfolio Expenses** | |
|       **920000 - Other Income/Expense** | |
|         920107 - Other Income | ($109.98) |
|       **Total - 920000 - Other Income/Expense** | **($109.98)** |
|       **930000 - Ranch Expenses (COGS)** | |
|         930300 - Ranch Depreciation | $21,308.70 |
|         930999 - Capitalized Ranch Expenses | ($21,308.70) |
|       **Total - 930000 - Ranch Expenses (COGS)** | **$0.00** |
|     **Total - 900000 - Fund/Portfolio Expenses** | **($109.98)** |
|   **Total - Other Expense** | **($109.98)** |
| **Net Other Income** | **$109.98** |
| **Net Income** | **($34,004.60)** |

**Exhibit A-3: Statement of Cash Flows for South Olive Holdings, LLC & WL Olives, LLC as of 2/29/24**

[Provide a statement of changes in cash position for the following periods:

 (i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Data Via NetSuite

**See following pages for Cash Flow Statements.**

# WL Olives
# Cash Flow Statement
# From Jan 2023 to Dec 2023

| Financial Row | Amount |
|---|---|
| **Operating Activities** | |
| Net Income | ($263,140.51) |
| **Adjustments to Net Income** | |
| Other Current Asset | ($1,668,303.51) |
| Other Current Liabilities | ($29,717.03) |
| **Total Adjustments to Net Income** | **($1,698,020.54)** |
| **Total Operating Activities** | **($1,961,161.05)** |
| **Investing Activities** | |
| Fixed Asset | $127,852.36 |
| **Total Investing Activities** | **$127,852.36** |
| **Financing Activities** | |
| Other Equity | $1,404,831.17 |
| **Total Financing Activities** | **$1,404,831.17** |
| **Net Change in Cash for Period** | **($428,477.52)** |
| **Cash at Beginning of Period** | **$792,984.41** |
| **Cash at End of Period** | **$364,506.89** |

# WL Olives
# Cash Flow Statement
# Jan 2024, Feb 2024

| Financial Row | Amount |
|---|---|
| **Operating Activities** | |
| Net Income | ($34,004.60) |
| **Adjustments to Net Income** | |
| Other Current Asset | ($2,134,303.49) |
| Accounts Payable | $66,215.06 |
| Other Current Liabilities | $2,000,000.00 |
| **Total Adjustments to Net Income** | **($68,088.43)** |
| **Total Operating Activities** | **($102,093.03)** |
| **Investing Activities** | |
| Fixed Asset | $21,308.70 |
| **Total Investing Activities** | **$21,308.70** |
| **Financing Activities** | |
| Other Equity | $11,351.70 |
| **Total Financing Activities** | **$11,351.70** |
| **Net Change in Cash for Period** | **($69,432.63)** |
| **Cash at Beginning of Period** | **$364,506.89** |
| **Cash at End of Period** | **$295,074.26** |

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for South Olive Holdings, LLC & WL Olives, LLC for period ending 2/29/2024.**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

 (i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

## WL Olives
## Cash Flow Statement
## From Jan 2023 to Dec 2023

| Financial Row | Amount |
|---|---:|
| **Operating Activities** | |
| Net Income | ($263,140.51) |
| **Adjustments to Net Income** | |
| Other Current Asset | ($1,668,303.51) |
| Other Current Liabilities | ($29,717.03) |
| **Total Adjustments to Net Income** | **($1,698,020.54)** |
| **Total Operating Activities** | **($1,961,161.05)** |
| **Investing Activities** | |
| Fixed Asset | $127,852.36 |
| **Total Investing Activities** | **$127,852.36** |
| **Financing Activities** | |
| Other Equity | $1,404,831.17 |
| **Total Financing Activities** | **$1,404,831.17** |
| **Net Change in Cash for Period** | **($428,477.52)** |
| **Cash at Beginning of Period** | **$792,984.41** |
| **Cash at End of Period** | **$364,506.89** |

## WL Olives
## Cash Flow Statement
## Jan 2024, Feb 2024

| Financial Row | Amount |
|---|---:|
| **Operating Activities** | |
| Net Income | ($34,004.60) |
| **Adjustments to Net Income** | |
| Other Current Asset | ($2,134,303.49) |
| Accounts Payable | $66,215.06 |
| Other Current Liabilities | $2,000,000.00 |
| **Total Adjustments to Net Income** | **($68,088.43)** |
| **Total Operating Activities** | **($102,093.03)** |
| **Investing Activities** | |
| Fixed Asset | $21,308.70 |
| **Total Investing Activities** | **$21,308.70** |
| **Financing Activities** | |
| Other Equity | $11,351.70 |
| **Total Financing Activities** | **$11,351.70** |
| **Net Change in Cash for Period** | **($69,432.63)** |
| **Cash at Beginning of Period** | **$364,506.89** |
| **Cash at End of Period** | **$295,074.26** |

**Exhibit B: Description of Operations for South Olive Holdings, LLC & WL Olives, LLC**

WL Olives LLC is a high density olive orchard with approx 754 acres completing their 5th/6th leafyear coming into maturity.

Debtor Name   Trinitas Advantaged Agriculture Partners IV, LP            Case number  24-50211

### Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Not Applicable.

### Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

**Individual income tax returns are prepared at each entity level. No income tax has been historically due, except for the $800 California minimum LLC tax. There have been no historical tax allocations due to prior period losses.**

**Property taxes are not allocated, as they are paid directly.**

| | **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |
|---|---|

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

**None.**