# Exhibit A

## (Proposed Order)

**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Proposed Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV, LP, *et al.*,[1]<br><br>Debtors. | Case No. 24-50211 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. §§ 105 AND 365 AND B.L.R. 6006-1(a) FOR ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY AS OF MARCH 18, 2024**<br><br>Date: April 19, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **Tele/Videoconference Appearances Only**<br>United States Bankruptcy Court<br>450 Golden Gate Avenue<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

---

[1] The last four digits of Trinitas Advantaged Agriculture Partners IV, LP's tax identification number are 3730. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/trinitas. The Debtors' service address is 2055 Woodside Road, Suite 195, Redwood City, CA 94061.

Upon the motion dated March 18, 2024 (the "Motion"),[2] of Trinitas Advantaged Agriculture Partners IV, LP ("TAAP IV"), together with certain of its affiliates (collectively, the "Debtors") who are debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to sections 105 and 365 of title 11 of the United States Code (the "Bankruptcy Code"), for entry of an order allowing the Debtors to assume the lease covering office space at the premises located at 2055 Woodside Road, Suite 195, Redwood City, CA (the "Lease") and to enter into an amendment to that lease (the "Assignment") assigning it to non-Debtor Pomona Farming effective as of March 18, 2024; and this Court having reviewed the Motion; and upon all proceedings had before this Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, as provided herein.

2. Pursuant to Bankruptcy Code section 365(a), the Debtors are authorized to assume the Lease, effective as of March 18, 2024.

3. Pursuant to Bankruptcy Code section 365(f), the Debtors are authorized to enter into the Assignment and assign the lease to non-Debtor Pomona Farming, and, pursuant to Bankruptcy Code section 365(k), the Debtors shall be relieved from any liability for any breach of the lease after such assignment, both effective as of March 18, 2024.

4. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**END OF ORDER**

---

[2] Capitalized terms used but not defined in the Order have the meanings ascribed to them in the Motion.

**Court Service List**

*All ECF Participants*