| Fill in this information to identify the case: |
|---|

**Debtor name:** Trinitas Advantaged Agriculture Partners IV, LP, et al.

**United States Bankruptcy Court for the:** Northern District of California

**Case number (if known):** 24-50211

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CONTRA COSTA COUNTY TAX COLLECTOR 2530 ARNOLD DR STE 100 MARTINEZ CA 94553 | ☐ Contingent | $15,442.47 | $15,442.47 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** REAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FRESNO COUNTY TAX COLLECTOR 1720 S MAPLE AVE FRESNO CA 93702 | ☐ Contingent | $3,110.03 | $3,110.03 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** REAL PROPERTY TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3.** Priority creditor's name and mailing address

SAN JOAQUIN COUNTY - TAX COLLECTOR
44 N SAN JOAQUIN ST
SECOND FL STE 230
STOCKTON CA 95202

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $28,153.28 | $28,153.28 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.4.** Priority creditor's name and mailing address

SOLANO COUNTY TAX COLLECTOR
675 TEXAS ST
STE 2700
FAIRFIELD CA 94533-6338

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $38,073.03 | $38,073.03 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.5.** Priority creditor's name and mailing address

TULARE COUNTY TAX COLLECTOR
221 S MOONEY BLVD
RM 102-E
VISALIA CA 93291-4593

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $24,224.23 | $24,224.23 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1.    **Nonpriority creditor's name and mailing address**

AG PRODUCTION CO.
PO BOX 1325
TURLOCK CA 95381

**Date or dates debt was incurred**

1/18/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $6,620.16 |

3.2.    **Nonpriority creditor's name and mailing address**

AG WATER CHEMICAL
ROY SANCHEZ
PO BOX 2595
FRESNO CA 93745-2595

**Date or dates debt was incurred**

10/23/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $16,968.74 |

3.3.    **Nonpriority creditor's name and mailing address**

ALTA IRRIGATION DISTRICT
289 NORTH L ST
DINUBA CA 93618-0715

**Date or dates debt was incurred**

2/1/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $145.37 |

Case: 24-50211    Doc# 91    Filed: 03/20/24    Entered: 03/20/24 18:14:55    Page 3 of 29

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN AG CREDIT
ED ADAMS
400 AVIATION BLVD
STE 100
SANTA ROSA CA 95403

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,000,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NOTE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARENTFOX SCHIFF LLP
COLE FERGUSON
1717 K ST NW
WASHINGTON DC 20006-5344

☐ Contingent
☐ Unliquidated
☐ Disputed

$79,986.00

**Date or dates debt was incurred**

12/31/2023, 01/12/2024

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASHYLAN LLC
JENNIFER VARGAS
570 EL CAMINO REAL #150142
REDWOOD CITY CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

$275,260.84

**Date or dates debt was incurred**

1/31/2024

**Basis for the claim:**

LEASE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Case: 24-50211    Doc# 91    Filed: 03/20/24    Entered: 03/20/24 18:14:55    Page 4 of 29

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BATAM MANAGEMENT SVC INC<br>AARON BATISTA<br>37905 MYRTLEWOOD DR<br>MADERA CA 93636 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,153.86 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 11/29/2023, 12/13/2023 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BGM ELECTRONIC SVC LLC<br>TERRY BISHOP<br>815 NORTH OPDYKEK<br>BLDG 200<br>AUBURN HILLS MI 48326 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 10/23/2023 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BUTTONWILLOW WAREHOUSE CO<br>PO BOX 744634<br>LOS ANGELES CA 90074-4634 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $288.38 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 1/31/2024 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Case: 24-50211    Doc# 91    Filed: 03/20/24    Entered: 03/20/24 18:14:55    Page 5 of 29

| 3.10. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CAL WEST RAIN INC<br>BOBBY ESPINOZA<br>PO BOX 306<br>KERMAN CA 93630-0306 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,312.75 |
| | **Date or dates debt was incurred**<br>01/31/2024, 12/15/2023, 11/16/2023, 11/22/2023, 11/28/2023, 10/31/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.11. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CALIFORNIA INDUSTRIAL RUBBER CO<br>MICHAEL ESPARZA<br>PO BOX 2456<br>FRESNO CA 93745 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,983.03 |
| | **Date or dates debt was incurred**<br>01/16/2024, 01/19/2024, 12/31/2023, 01/12/2024, 11/21/2023, 11/27/2023, 11/28/2023, 10/18/2023, 10/27/2023, 10/30/2023, 11/07/2023, 11/13/2023, 11/29/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.12. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CHICO NUT HULLING AND SHELLING LLC<br>BILL WELLINGTON<br>PO BOX 5365<br>CHICO CA 95927 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $386,783.65 |
| | **Date or dates debt was incurred**<br>10/31/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Case: 24-50211    Doc# 91    Filed: 03/20/24    Entered: 03/20/24 18:14:55    Page 6 of 29

| 3.13. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DELLAVALLE LABORATORY INC<br>1910 W MCKINLEY<br>STE 110<br>FRESNO CA 93728 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $960.00 |
| | **Date or dates debt was incurred**<br>3/5/2024 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.14. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DIXON / SOLANO RCD WATER COALITION<br>1170 N LINCOLN ST<br>STE 110<br>DIXON CA 95620 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3.86 |
| | **Date or dates debt was incurred**<br>2/1/2024 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.15. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | EAST BAY TIRE<br>2200 HUNTINGTON DR<br>UNIT C<br>FAIRFIELD CA 94533 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,184.54 |
| | **Date or dates debt was incurred**<br>01/18/2024, 01/19/2024, 12/19/2023, 01/11/2024 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Case: 24-50211   Doc# 91   Filed: 03/20/24   Entered: 03/20/24 18:14:55   Page 7 of 29

**3.16.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| FARM CREDIT LEASING 101326 NW 9675 PO BOX 1450 MINNEAPOLIS MN 55485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,901.17 |

**Date or dates debt was incurred**

1/31/2024

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.17.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| FARM CREDIT LEASING 101452 NW 9675 PO BOX 1450 MINNEAPOLIS MN 55485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,848.98 |

**Date or dates debt was incurred**

1/31/2024

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.18.**[1]

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| FARM CREDIT LEASING 103070 NW 9675 PO BOX 1450 MINNEAPOLIS MN 55485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,087.81 |

**Date or dates debt was incurred**

1/31/2024

**Basis for the claim:**

LEASE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.19.**[1]

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

FARM CREDIT LEASING 103481
NW 9675
PO BOX 1450
MINNEAPOLIS MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,741.38

**Date or dates debt was incurred**

1/31/2024

**Basis for the claim:**

LEASE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.20.**[1]

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

FARM CREDIT LEASING 103720
NW 9675
PO BOX 1450
MINNEAPOLIS MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,086.03

**Date or dates debt was incurred**

1/31/2024

**Basis for the claim:**

LEASE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.21.**[1]

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

FARM CREDIT LEASING 104968
NW 9675
PO BOX 1450
MINNEAPOLIS MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

$35,555.58

**Date or dates debt was incurred**

1/31/2024

**Basis for the claim:**

LEASE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Case: 24-50211    Doc# 91    Filed: 03/20/24    Entered: 03/20/24 18:14:55    Page 9 of 29

**3.22.¹**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| FARM CREDIT LEASING 110613<br>NW 9675<br>PO BOX 1450<br>MINNEAPOLIS MN 55485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,299.47 |

**Date or dates debt was incurred**

1/31/2024

**Last 4 digits of account number:**

**Basis for the claim:**

LEASE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.23.¹**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| FARM CREDIT LEASING 111452<br>NW 9675<br>PO BOX 1450<br>MINNEAPOLIS MN 55485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59,777.48 |

**Date or dates debt was incurred**

1/31/2024

**Last 4 digits of account number:**

**Basis for the claim:**

LEASE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.24.¹**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| FARM CREDIT LEASING 111906<br>NW 9675<br>PO BOX 1450<br>MINNEAPOLIS MN 55485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,992.20 |

**Date or dates debt was incurred**

1/31/2024

**Last 4 digits of account number:**

**Basis for the claim:**

LEASE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

3.25.[1] **Nonpriority creditor's name and mailing address**

FARM CREDIT LEASING 118059
NW 9675
PO BOX 1450
MINNEAPOLIS MN 55485

**Date or dates debt was incurred**

1/31/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEASE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $70,388.68 |

3.26.[1] **Nonpriority creditor's name and mailing address**

FARM CREDIT LEASING 118627
NW 9675
PO BOX 1450
MINNEAPOLIS MN 55485

**Date or dates debt was incurred**

1/31/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEASE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $135,126.26 |

3.27.[1] **Nonpriority creditor's name and mailing address**

FARM CREDIT LEASING 119224
NW 9675
PO BOX 1450
MINNEAPOLIS MN 55485

**Date or dates debt was incurred**

1/31/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LEASE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $548,532.20 |

3.28.[1] **Nonpriority creditor's name and mailing address**

FARM CREDIT LEASING 121211
NW 9675
PO BOX 1450
MINNEAPOLIS MN 55485

**Date or dates debt was incurred**

1/31/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

LEASE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $51,615.48 |

3.29.[1] **Nonpriority creditor's name and mailing address**

FARM CREDIT LEASING 5299785-5000
NW 9675
PO BOX 1450
MINNEAPOLIS MN 55485

**Date or dates debt was incurred**

1/31/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

LEASE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $44,286.84 |

3.30. **Nonpriority creditor's name and mailing address**

FARM CREDIT LEASING- 99804
NW 9675
PO BOX 1450
MINNEAPOLIS MN 55485

**Date or dates debt was incurred**

2/1/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $0.85 |

Case: 24-50211    Doc# 91    Filed: 03/20/24    Entered: 03/20/24 18:14:55    Page 12 of
29

| 3.31. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FASTENAL COMPANY<br>PO BOX 1286<br>WINONA MN 55987-1286 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,945.24 |
| | **Date or dates debt was incurred**<br>12/21/2023, 12/31/2023, 11/22/2023, 11/27/2023, 12/01/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.32. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FIRST CHOICE INDUSTRIAL SUPPLY INC<br>PO BOX 2072<br>OAKDALE CA 95361 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,577.90 |
| | **Date or dates debt was incurred**<br>12/19/2023, 12/05/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.33. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>OMAHA NE 68197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $74,137.40 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CREDIT CARD STATEMENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.34.**[1]  **Nonpriority creditor's name and mailing address**

FORD CREDIT
1501 NORTH PLAN ROAD
SUITE 100
RICHARDSON TX 75081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

VEHICLE DEBT

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $72,034.00 |

**3.35.**  **Nonpriority creditor's name and mailing address**

FRONTIER PERFORMANCE LUBRICANTS INC
600 INDUSTRIAL WAY
GALT CA 95632

**Date or dates debt was incurred**

01/16/2024, 12/31/2023, 10/13/2023, 11/10/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $8,939.50 |

**3.36.**  **Nonpriority creditor's name and mailing address**

GAR BENNETT LLC
KURTIS DOUGLAS
PO BOX 31001 3026
PASADENA CA 91110

**Date or dates debt was incurred**

01/15/2024, 02/01/2024, 03/01/2024, 12/07/2023,
12/11/2023, 12/21/2023, 11/06/2023, 11/16/2023,
12/01/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $152,823.23 |

| 3.37. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GROW WEST<br>201 EAST ST<br>WOODLAND CA 95776 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,375.01 |
| | **Date or dates debt was incurred**<br>12/1/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.38. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | JOSE MARIO TORRES<br>BJ AND D PC<br>OLIVER A TAILLIEU ESQ<br>9701 WILSHIRE BLVD 12TH FL<br>BEVERLY HILLS CA 90212 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.39. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | KAMPER AG AND AUTO<br>18665 JACK TONE RD<br>MANTECA CA 95336 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,835.25 |
| | **Date or dates debt was incurred**<br>12/1/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAKE MANAGEMENT COMPANY INC
CEIL HOWE III
470 E HERNDON AVE
STE 101
FRESNO CA 93720

☐ Contingent
☐ Unliquidated
☐ Disputed

$62,126.46

**Date or dates debt was incurred**

03/01/2024, 01/31/2024

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAWRENCE TRACTOR CO INC
HECTOR MERCADO
2436 E VLY OAKS DR
VISALIA CA 93292

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,548.34

**Date or dates debt was incurred**

10/11/2023, 10/17/2023, 10/18/2023, 10/19/2023, 10/24/2023, 10/26/2023, 12/01/2023

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LMG AG PRODUCTS
PO BOX 2139
TULARE CA 93275

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,227.18

**Date or dates debt was incurred**

03/01/2024, 03/04/2024, 01/31/2024, 11/22/2023

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.43.** | **Nonpriority creditor's name and mailing address**

LOCKWOOD SEED AND GRAIN
BOB SAMUELSON
26777 N CHOWCHILLA BLVD
CHOWILLA CA 93610

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
| --- |
| $50,054.50 |

---

**3.44.** | **Nonpriority creditor's name and mailing address**

MARCOS GALVAN MARTINEZ
BIBIYAN LAW GROUP PC
DAVID B BIBIYAN ESQ
8484 WILSHIRE BLVD STE 500
BEVERLY HILLS CA 90211

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
| --- |
| UNDETERMINED |

---

**3.45.** | **Nonpriority creditor's name and mailing address**

MARFAB AG AND INDUSTRIAL SUPPLIES
1025 I ST
LOS BANOS CA 93635

**Date or dates debt was incurred**

FROM 10/03/2023 THROUGH 01/31/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Amount of claim** |
| --- |
| $12,334.79 |

| 3.46. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MERCED COUNTY DEPT OF PUBLIC WORKS<br>345 WEST 7TH ST<br>MERCED CA 95341 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $180.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 11/20/2023 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.47. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MID VALLEY AGRICULTURAL SVC INC<br>PO BOX 728<br>OAKDALE CA 95361-0728 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,056.25 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 2/1/2024 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.48. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MOSS ADAMS LLP<br>PO BOX 101822<br>PASADENA CA 91189-1822 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,470.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 2/20/2024 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NUTRIEN AG SOLUTIONS STOCKTON
CHARLES TARBELL
PO BOX 188
STOCKTON CA 95205

☐ Contingent
☐ Unliquidated
☐ Disputed

$332,421.53

**Date or dates debt was incurred**

02/16/2024, 12/14/2023, 12/14/2023, 11/09/2023

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NUTRIEN AG SOLUTIONS VISALIA
PO BOX 1067
VISALIA CA 93279

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,231.64

**Date or dates debt was incurred**

2/1/2024

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ORCHARD MACHINERY CORP
BRIAN ANDERSEN
2700 COLUSA HIGHWAY
YUBA CITY CA 95993

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,690.61

**Date or dates debt was incurred**

01/19/2024, 12/19/2023, 01/05/2024, 01/11/2024,
01/12/2024, 11/16/2023, 11/20/2023, 11/21/2023,
12/01/2023, 12/05/2023, 12/08/2023

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number:**

| 3.52. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | OSSENT JUK AND BOTTI<br>2815 TOWNSGATE RD<br>STE 320<br>WESTLAKE VILLAGE CA 91360 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,045.00 |
| | **Date or dates debt was incurred**<br>2/5/2024 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.53. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | OSSENT JUK AND BOTTI<br>2815 TOWNSGATE RD<br>STE 320<br>WESTLAKE VILLAGE CA 91360 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,410.00 |
| | **Date or dates debt was incurred**<br>02/02/24-02/12/24 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.54. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | POMONA FARMING, LLC<br>RYON PATON<br>2055 WOODSIDE RD<br>STE 195<br>REDWOOD CITY CA 94061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,744,822.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | RECLAMATION DISTRICT NO 2068 | ☐ Contingent | $1,000.00 |
| | 7178 YOLANO RD | ☐ Unliquidated | |
| | DIXON CA 95620 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 2/12/2024 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SCOTT BELKNAP WELL DRILLING INC | ☐ Contingent | $8,245.00 |
| | 38193 RD 76 | ☐ Unliquidated | |
| | DINUBA CA 93618 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 11/14/2023 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SCS GLOBAL SVC | ☐ Contingent | $7,054.00 |
| | 2000 POWELL ST | ☐ Unliquidated | |
| | STE 600 | ☐ Disputed | |
| | EMERYVILLE CA 94608 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 12/18/2023 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.58. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SOUTH VALLEY COMPANIES INC<br>CAMILLA NORMAN<br>PO BOX 82543<br>BAKERSFIELD CA 93380 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $286,631.42 |

**Date or dates debt was incurred**

10/23/2023

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.59. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SOUTHERN CALIFORNIA EDISON<br>1201 K ST #1810<br>SACRAMENTO CA 95814 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,632.62 |

**Date or dates debt was incurred**

02/23/2024, 02/26/2024, 02/28/2024

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.60. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SPERANTUS ARRIOLA BUSINESS GROUP INC<br>CLAUDIO ARRIOLA<br>2323 AVENIDA COSTA ESTE<br>STE 500<br>SAN DIEGO CA 92154 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,578.77 |

**Date or dates debt was incurred**

1/15/2024

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.61. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | STANISLAUS FARM SUPPLY<br>MIKE DOXEY<br>624 E SERVICE RD<br>MODESTO CA 95358 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,577.79 |
| | **Date or dates debt was incurred**<br>02/08/2024, 12/18/2023, 01/31/2024 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.62. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | SUPERIOR SOIL SUPPLEMENTS LLC<br>MICHAEL FRANKFORT<br>COULT DENNIS<br>10367 HOUSTON AVE<br>HANFORD CA 93230 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80,249.76 |
| | **Date or dates debt was incurred**<br>10/20/2023, 10/27/2023, 10/31/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.63.[1] | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | THE HARVESTING GROUP<br>ERIN MCILHATTON<br>470 E HERNDON<br>STE 200<br>FRESNO CA 93720 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,891,213.66 |
| | **Date or dates debt was incurred**<br>1/31/2024 | **Basis for the claim:**<br>LEASE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.64. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | THE HULLING COMPANY<br>SCOTT A EASTOM<br>19482 RD 19<br>MADERA CA 93637 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $212,738.12 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 1/4/2024 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.65. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | TM SIGNS AND GRAPHICS<br>3232 RIO MIRANDA<br>STE C2<br>BAKERSFIELD CA 93308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $858.35 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 12/1/2023 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.66. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | TULARE LAKE BASIN WATER STORAGE DISTRICT<br>1001 CHASE AVENUE<br>CORCORAN CA 93212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,805.17 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 2/13/2024 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.67. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | UNITED RENTALS<br>NOLAN OBRIEN<br>FILE 51122<br>LOS ANGELES CA 90074-1122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,754.57 |
| | **Date or dates debt was incurred**<br>02/17/2024, 02/24/2024, 01/16/2024, 01/20/2024,<br>01/27/2024, 12/22/2023, 12/23/2023, 12/31/2023,<br>11/25/2023, 12/02/2023, 12/13/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.68. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | V AND Z SHREDDING<br>JACOB ZENSEN<br>PO BOX 64<br>EMPIRE CA 95319 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,868.00 |
| | **Date or dates debt was incurred**<br>10/31/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.69. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VALLEY HYDRAULICS AND MACHINE<br>1249 E KENTUCKY AVE<br>WOODLAND CA 95776 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7.63 |
| | **Date or dates debt was incurred**<br>1/1/2024 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Case: 24-50211    Doc# 91    Filed: 03/20/24    Entered: 03/20/24 18:14:55    Page 25 of 29

| 3.70. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VILLARREAL HEDGING AND TOPPING INC<br>PO BOX 64<br>EMPIRE CA 95319 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,835.00 |
| | **Date or dates debt was incurred**<br>12/1/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.71. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | WESTLAKE FARMS INC<br>CEIL HOWE III<br>23311 NEWTON AVE<br>STRATFORD CA 93266-9732 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $587,616.92 |
| | **Date or dates debt was incurred**<br>03/01/2024, 12/15/2023, 12/31/2023, 01/01/2024, 12/01/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.72. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | WESTSIDE EQUIPMENT<br>NICOLAUS HANSEN<br>PO BOX 158<br>CROWS LANDING CA 95313 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,606.59 |
| | **Date or dates debt was incurred**<br>01/15/2024, 01/17/2024, 12/31/2023, 10/17/2023, 10/30/2023, 12/01/2023 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILSON'S POWERSPORTS
100 EAST 6TH ST
MADERA CA 93638

☐ Contingent
☐ Unliquidated
☐ Disputed

$277.78

**Date or dates debt was incurred**

1/23/2024

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WL OLIVES, LLC
2055 WOODSIDE RD
STE 195
REDWOOD CITY CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,364,506.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NOTE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

[1]MAY ALSO APPEAR ON SCHEDULES D AND/OR G WHEN THE DEBTORS FILE THEIR REMAINING SCHEDULES, DEPENDING ON THEIR ULTIMATE CHARACTERIZATION, WHICH DEBTORS HAVE NOT YET DETERMINED.

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| CLARK HILL PLC<br>KEVIN H MORSE<br>130 EAST RANDOLPH ST.,STE 3900<br>CHICAGO IL 60601 | Part 2 line 3.64 | _____ |
| CONTRA COSTA COUNTY TAX COLLECTOR<br>PO BOX 51104<br>LOS ANGELES CA 90051-5404 | Part 1 line 2.1 | _____ |
| FRESNO COUNTY TAX COLLECTOR<br>PO BOX 1192<br>FRESNO CA 93715-1192 | Part 1 line 2.2 | _____ |
| SAN JOAQUIN COUNTY - TAX COLLECTOR<br>PO BOX 2169<br>STOCKTON CA 95201-2169 | Part 1 line 2.3 | _____ |
| SOLANO COUNTY TAX COLLECTOR<br>PO BOX 51094<br>LOS ANGELES CA 90051-5394 | Part 1 line 2.4 | _____ |
| TULARE COUNTY TAX COLLECTOR<br>PO BOX 102495<br>PASADENA CA 91189-0118 | Part 1 line 2.5 | _____ |

Case: 24-50211    Doc# 91    Filed: 03/20/24    Entered: 03/20/24 18:14:55    Page 28 of 29

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $109,003.04 |
| **5b.** | **Total claims from Part 2** | 5b. **+** | $26,267,235.46 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $26,376,238.50 |

Case: 24-50211    Doc# 91    Filed: 03/20/24    Entered: 03/20/24 18:14:55    Page 29 of 29