**DON J. POOL, SBN 166468**
**J. JACKSON WASTE, SBN 289081**
**FENNEMORE DOWLING AARON**
8080 N. Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
dpool@fennemorelaw.com
jwaste@fennemorelaw.com

Counsel for Secured Creditor
RABO AGRIFINANCE, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV, LP, *et al*.,<br><br>Debtor. | Case No.: 24-50211 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Joint Administration)<br><br>**STIPULATION TO EXTEND DEADLINE FOR RABO AGRIFINANCE, LLC TO REPLY TO COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS; (III) AUTHORIZING THE USE OF CASE COLLATERAL; (IV) MODIFYING THE AUTOMATIC STAY; (V) SETTING A FINAL HEARING; AND (VI) GRANTING RELATED RELIEF**<br><br><u>**Via Tele/Videoconference Appearance Only**</u><br>Date:    April 4, 2024<br>Time:    11:00 a.m. (PT)<br>Place:    U.S. Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA  94102 |

///

1

FENNEMORE
DOWLING AARON
ATTORNEYS AT LAW
FRESNO

STIPULATION TO EXTEND DEADLINE FOR RABO AGRIFINANCE, LLC TO REPLY TO COMMITTEE'S OBJECTION TO MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, ETC.

Case: 24-50211    Doc# 131    Filed: 03/28/24    Entered: 03/28/24 15:46:42    Page 1 of 4

The following Stipulation is hereby entered into between and among: (i) secured creditor Rabo Agrifinance, LLC ("Rabo"), by and through its counsel of record Fennemore Dowling Aaron; (ii) debtors and debtors in possession Trinitas Advantaged Agriculture Partners IV, LP; Trinitas Farming, LLC; Dixon East, LLC; Turf Ranch, LLC; Rasmussen, LLC; Johl, LLC; Chiala, LLC; Hall Ranch, LLC; Porterville, LLC; Tule River Ranch, LLC; Dinuba Ranch, LLC; Jeffrey Ranch, LLC; Toor Ranch, LLC; Lamb Ranch, LLC; Fry Road, LLC; Adobe Ranch, LLC; Marucci Ranch, LLC; Ratto Ranch, LLC; and Phelps Ranch, LLC, (collectively, the "Debtors"), by and through their counsel of record Keller Benvenutti Kim LLP; and (iii) the Official Committee of Unsecured Creditors (the "Committee"), by and through their proposed counsel of record Raines Feldman Littrell LLP (Rabo, Debtors, and the Committee are hereinafter sometimes collectively referred to as "the Parties"), based on the following recitals:

## RECITALS

1. WHEREAS, on February 19, 2024 (the "Petition Date"), the Debtors, as debtors and debtors and debtors in possession, in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). [Doc## 1]

2. WHEREAS, on February 19, 2024, Debtors also filed the *Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing; (II) Granting Liens and Superpriority Claims; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Setting a Final Hearing; and (V) Granting Related Relief* ("DIP Motion"). [Doc# 12]

3. WHEREAS, on February 22, 2024, a hearing on Debtors' emergency DIP Motion was initially held and continued to February 29, 2024.

4. WHEREAS, on February 27, 2024, an order authorizing term sheet for the Debtors' financing on an interim basis was filed and entered on the docket as Doc# 22.

5. WHEREAS, on February 29, 2024, a hearing on the DIP Motion was held and continued to March 7, 2024.

2
STIPULATION TO EXTEND DEADLINE FOR RABO AGRIFINANCE, LLC TO REPLY TO COMMITTEE'S OBJECTION TO MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, ETC.

Case: 24-50211    Doc# 131    Filed: 03/28/24    Entered: 03/28/24 15:46:42    Page 2 of 4

6. WHEREAS, on February 29, 2024, a supplemental order authorizing term sheet for Debtors' financing on an interim basis was filed and entered on the docket as Doc# 31.

7. WHEREAS, on March 7, 2024, a hearing on the DIP Motion was held and continued to March 14, 2024.

8. WHEREAS, on March 8, 2024, a second supplemental order authorizing term sheet for Debtors' financing on an interim basis was filed and entered on the docket as Doc# 49.

9. WHEREAS, on March 14, 2024, a hearing on Debtors' DIP Motion was held and continued to March 21, 2024.

10. WHEREAS, on March 19, 2024, the Committee filed an objection (the "Objection") to Debtors' DIP Motion. [Doc# 87]

11. WHEREAS, on March 21, 2024, a further hearing on the DIP Motion was held and a final hearing on the DIP Motion was set for April 4, 2024 at 11:00 a.m. (PT).

12. WHEREAS, on March 22, 2024, an interim order on the DIP Motion was filed and entered on the docket as Doc# 104.

13. WHEREAS, since the filing of their objection to the DIP Motion, the Committee has been working with Rabo to resolve the concerns raised in the Objection and will be providing Rabo with a proposal for revisions to the DIP Credit Agreement and Final Order in furtherance of such discussions.

14. WHEREAS, Rabo and the Committee have agreed that Rabo may have through and including Tuesday, April 2, 2024 to respond to the Objection:

The Parties executing this Stipulation below agree as follows:

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, by and through their respective attorneys of record, as follows:

1. The deadline for Rabo reply to the Committee's objection to Debtors' DIP Motion, currently due on March 28, 2024, shall be extended to April 2, 2024; and

///

3

STIPULATION TO EXTEND DEADLINE FOR RABO AGRIFINANCE LLC TO REPLY TO COMMITTEE'S OBJECTION TO MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, ETC.

Case: 24-50211    Doc# 131    Filed: 03/28/24    Entered: 03/28/24 15:46:42    Page 3 of 4

FENNEMORE
DOWLING AARON
ATTORNEYS AT LAW
FRESNO

2. This Stipulation may be executed in counterpart, including with electronic signatures, each of which constitute an original.

**IT IS SO STIPULATED.**

Dated: March 28, 2024          FENNEMORE DOWLING AARON

                        By:   /s/ J. Jackson Waste
                              DON J. POOL
                              J. JACKSON WASTE,
                              Counsel for secured creditor, RABO
                              AGRIFINANCE, LLC

Dated: March 28, 2024          KELLER BENVENUTTI KIM LLP

                        By:   /s/ Jane Kim
                              TOBIAS S. KELLER
                              JANE KIM
                              JEREMY V. RICHARDS,
                              Counsel for Debtors and Debtors
                              in Possession

Dated: March 28, 2024          RAINES FELDMAN LITTRELL LLP

                        By:   /s/ Robert S. Marticello
                              ROBERT S. MARTICELLO
                              MARK S. MELICKIAN
                              Proposed Counsel for the Official
                              Committee of Unsecured Creditors

45998345/059444.0007

FENNEMORE
DOWLING AARON
ATTORNEYS AT LAW
FRESNO

4

STIPULATION TO EXTEND DEADLINE FOR RABO AGRIFINANCE LLC TO REPLY TO COMMITTEE'S OBJECTION TO MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, ETC.

Case: 24-50211    Doc# 131    Filed: 03/28/24    Entered: 03/28/24 15:46:42    Page 4 of 4