**DON J. POOL, SBN 166468**
**J. JACKSON WASTE, SBN 289081**
**FENNEMORE DOWLING AARON**
8080 N. Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
dpool@fennemorelaw.com
jwaste@fennemorelaw.com

Counsel for Secured Creditor
RABO AGRIFINANCE, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV, LP, *et al.*,<br><br>Debtor. | Case No.: 24-50211 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING [PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE FOR RABO AGRIFINANCE, LLC TO REPLY TO COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS; (III) AUTHORIZING THE USE OF CASE COLLATERAL; (IV) MODIFYING THE AUTOMATIC STAY; (V) SETTING A FINAL HEARING; AND (VI) GRANTING RELATED RELIEF**<br><br><u>**Via Tele/Videoconference Appearance Only**</u><br>Date:    April 4, 2024<br>Time:    11:00 a.m. (PT)<br>Place:   U.S. Bankruptcy Court<br>             Courtroom 17, 16th Floor<br>             San Francisco, CA  94102 |

///

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that secured creditor Rabo Agrifinance, LLC ("Rabo"), by and through its counsel of record Fennemore Dowling Aaron; (ii) debtors and debtors in possession Trinitas Advanced Agriculture Partners IV, LP; Trinitas Farming, LLC; Dixon East, LLC; Turf Ranch, LLC; Rasmussen, LLC; Johl, LLC; Chiala, LLC; Hall Ranch, LLC; Porterville, LLC; Tule River Ranch, LLC; Dinuba Ranch, LLC; Jeffrey Ranch, LLC; Toor Ranch, LLC; Lamb Ranch, LLC; Fry Road, LLC; Adobe Ranch, LLC; Marucci Ranch, LLC; Ratto Ranch, LLC; and Phelps Ranch, LLC, (collectively, the "Debtors"), by and through their counsel of record Keller Benvenutti Kim LLP; and (iii) the Official Committee of Unsecured Creditors (the "Committee"), by and through their proposed counsel of record Raines Feldman Littrell LLP (Rabo, Debtors, and the Committee are hereinafter sometimes collectively referred to as "the Parties") have entered into a stipulation to extend the deadline for Rabo to reply to the Committee's objection to Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing; (II) Granting Liens and Superpriority Claims; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Setting a Final Hearing; and (V) Granting Related Relief (the "Stipulation"). [Doc# 131]

PLEASE TAKE FURTHER NOTICE that on March 28, 2024, Rabo submitted an order on the Stipulation for Court approval, a copy of which is attached hereto as **Exhibit A**, authorizing Rabo an extended deadline from March 28, 2024 to April 2, 2024 to reply to the Committee's objection to Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing; (II) Granting Liens and Superpriority Claims; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Setting a Final Hearing; and (V) Granting Related Relief ("Objection"). [Doc# 87]

PLEASE TAKE FURTHER NOTICE that copies of the pleadings in these jointly administered Chapter 11 cases can be viewed and/or obtained by: (i) accessing the Court's website at http://www.canb.uscourts.gov; or (ii) contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, 5th Floor, San Francisco, California 94102.

FENNEMORE DOWLING AARON
ATTORNEYS AT LAW
FRESNO

2
Case: 24-50211   Doc# 132   Filed: 03/28/24   Entered: 03/28/24 16:09:18   Page 2 of 7
NOTICE OF FILING PROPOSED ORDER ON STIPULATION

Note that a PACER password is needed to access documents on the Court's website.

Dated: March 28, 2024                    FENNEMORE DOWLING AARON

                         By:    /s/ J. Jackson Waste
                                DON J. POOL
                                J. JACKSON WASTE
                                Counsel for Secured Creditor RABO
                                AGRIFINANCE, LLC

NOTICE OF FILING PROPOSED ORDER ON STIPULATION

3

# EXHIBIT A

*Proposed Order on Stipulation*

45997439/059444.0007

Case: 24-50211 Doc# 132 Filed: 03/28/24 Entered: 03/28/24 16:09:18 Page 4 of 7

FENNEMORE
DOWLING AARON
ATTORNEYS AT LAW
FRESNO

NOTICE OF FILING PROPOSED ORDER ON STIPULATION

4

| | |
|---|---|
| 1 | **DON J. POOL, SBN 166468**<br>**J. JACKSON WASTE, SBN 289081** |
| 2 | **FENNEMORE DOWLING AARON**<br>8080 N. Palm Avenue, Third Floor |
| 3 | P.O. Box 28902<br>Fresno, California 93729-8902 |
| 4 | Tel: (559) 432-4500 / Fax: (559) 432-4590<br>dpool@fennemorelaw.com |
| 5 | jwaste@fennemorelaw.com |
| 6 | Counsel for Secured Creditor<br>RABO AGRIFINANCE, LLC |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV, LP, *et al.*,<br><br>Debtor. | Case No.: 24-50211 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE FOR RABO AGRIFINANCE, LLC TO REPLY TO COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN SENIOR SECURED, SUPERPRIORITY, POSTPETITION FINANCING (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS; (III) AUTHORIZING THE USE OF CASE COLLATERAL; (IV) MODIFYING THE AUTOMATIC STAY; (V) SETTING A FINAL HEARING; AND (VI) GRANTING RELATED RELIEF**<br><br>**<u>Via Tele/Videoconference Appearance Only</u>**<br>Date:    April 4, 2024<br>Time:   11:00 a.m. (PT)<br>Place:   U.S. Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

27 ///

28 ///

The court, having reviewed the *Stipulation to Extend Deadline For Rabo Agrifinance, LLC to Reply to the Committee's Objection to Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing; (II) Granting Liens and Superpriority Claims; (III) Authorizing the Use of Cash Collateral; (IV) Modifying the Automatic Stay; (V) Setting a Final Hearing; and (V) Granting Related Relief* ("Stipulation") entered into by and between: (i) secured creditor Rabo Agrifinance, LLC ("Rabo"), by and through its counsel of record Fennemore Dowling Aaron; (ii) debtors and debtors in possession Trinitas Advantaged Agriculture Partners IV, LP; Trinitas Farming, LLC; Dixon East, LLC; Turf Ranch, LLC; Rasmussen, LLC; Johl, LLC; Chiala, LLC; Hall Ranch, LLC; Porterville, LLC; Tule River Ranch, LLC; Dinuba Ranch, LLC; Jeffrey Ranch, LLC; Toor Ranch, LLC; Lamb Ranch, LLC; Fry Road, LLC; Adobe Ranch, LLC; Marucci Ranch, LLC; Ratto Ranch, LLC; and Phelps Ranch, LLC, (collectively, the "Debtors"), by and through their counsel of record Keller Benvenutti Kim LLP; and (iii) the Official Committee of Unsecured Creditors (the "Committee"), by and through their proposed counsel of record Raines Feldman Littrell LLP (Rabo, Debtors, and the Committee are hereinafter sometimes collectively referred to as "the Parties"), filed on March 28, 2024 as Doc# 131, and find good cause, hereby issues the following Order:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Stipulation is approved.

2. The deadline for Rabo to reply to the Committee's objection to Debtors' DIP Motion is extended from March 28, 2024 to April 2, 2024.

**\*\*END OF ORDER\*\***

2
ORDER ON STIPULATION

FENNEMORE
DOWLING AARON
ATTORNEYS AT LAW
FRESNO

Case: 24-50211   Doc# 132   Filed: 03/28/24   Entered: 03/28/24 16:09:18   Page 6 of 7

# Court Service List

*All Registered ECF Participants*

FENNEMORE
DOWLING AARON
ATTORNEYS AT LAW
FRESNO

3
ORDER ON STIPULATION

Case: 24-50211    Doc# 132    Filed: 03/28/24    Entered: 03/28/24 16:09:18    Page 7 of 7