**Debtor name:** Trinitas Advantaged Agriculture Partners IV, LP

**United States Bankruptcy Court for the:** Northern District of California

**Case number (if known):** 24-50211

☐ Check if this is an amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 1/1/2024 to 2/18/2024 | ☑ Operating a business<br>☐ Other: _____ | $0.00 |
| For prior year: | From 1/1/2023 to 12/31/2023 | ☑ Operating a business<br>☐ Other: _____ | $0.00 |
| For the year before that: | From 1/1/2022 to 12/31/2022 | ☑ Operating a business<br>☐ Other: _____ | $0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 1/1/2024 to 2/18/2024 | _____ | $0.00 |
| For prior year: | From 1/1/2023 to 12/31/2023 | DIVIDEND | $70,136.99 |
| For the year before that: | From 1/1/2022 to 12/31/2022 | DIVIDEND | $80,000.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 04/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | _____ _____ _____ | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 04/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | _____ _____ _____ | _____ | $_____ | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- | --- |
| 5.1. | _____ _____ _____ | _____ | _____ | $_____ |

Case: 24-50211     Doc# 177     Filed: 04/17/24     Entered: 04/17/24 19:54:26     Page 2 of 23

---

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1. | _____ <br> _____ <br> _____ <br> _____ | _____ <br><br><br> Last 4 digits of account number: XXXX–_____ | _____ | $_____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

|      | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|------------------------------------|----------------|
| 7.1. | _____ | _____ | _____ | ☐ Pending |
|      | Case number | | _____ | ☐ On appeal |
|      | _____ | | _____ | ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

|      | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| 8.1. | _____ | _____ | $_____ |
|      | _____ | Case title | Court name and address |
|      | _____ | Case number | _____ |
|      |            | _____ | _____ |
|      |            | Date of order or assignment | |
|      |            | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ _____ _____ _____ | _____ | _____ | $_____ |

| Recipient's relationship to debtor |
|---|
| _____ |

Case: 24-50211    Doc# 177    Filed: 04/17/24    Entered: 04/17/24 19:54:26    Page 5 of 23

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | $_____ | _____ | $_____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $ _____ |
|  | **Address** |  |  |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |
|  | **Email or website address** |  |  |  |
|  | _____ |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1. | _____ | _____ | _____ | $ _____ |
|  | **Trustee** |  |  |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |
|  | _____ |  |  |  |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |

**Address**

_____
_____
_____

**Relationship to debtor**

_____

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1. _____ | From _____ To _____ |

Case: 24-50211     Doc# 177     Filed: 04/17/24     Entered: 04/17/24 19:54:26     Page 9 of 23

| Part 8: | Healthcare Bankruptcies |
|---|---|

### 15. Healthcare bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | | |
| _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider | **How are records kept?** |
| _____ | | Check all that apply: |
| | _____ | ☐ Electronically |
| | _____ | ☐ Paper |
| | _____ | |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

---

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ None. Go to Part 10.

☐ Yes. Fill in the information below.

17.1. Does the debtor serve as plan administrator?

☐ No

☐ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| _____ | EIN: __ __-__ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ No

Case: 24-50211    Doc# 177    Filed: 04/17/24    Entered: 04/17/24 19:54:26    Page 11 of 23

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ _____ _____ | XXX-_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Name and address of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1. | _____ _____ _____ | _____ _____ _____ | _____ | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Depository institution name and address | Name and address of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1. | _____ _____ _____ | _____ _____ _____ | _____ | ☐ No<br>☐ Yes |

Case: 24-50211    Doc# 177    Filed: 04/17/24    Entered: 04/17/24 19:54:26    Page 12 of 23

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.1. | _____ | _____ | _____ | $_____ |
| | _____ | | | |
| | _____ | | | |
| | _____ | | | |

Case: 24-50211    Doc# 177    Filed: 04/17/24    Entered: 04/17/24 19:54:26    Page 13 of 23

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1. | _____ | _____ | _____ | ☐ Pending |
| | **Case number** | _____ | | ☐ On appeal |
| | _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1. | _____ | _____ | _____ | _____ |
| | _____ | _____ | | |
| | _____ | _____ | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1. | _____ | _____ | _____ | _____ |
| | _____ | _____ | | |
| | _____ | _____ | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | ADOBE RANCH, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 35-2634169<br><br>**Dates business existed**<br><br>From 7/11/2018 To Present |
| | **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| 25.2. | CHIALA LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 81-2150598<br><br>**Dates business existed**<br><br>From 3/29/2016 To Present |
| | **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| 25.3. | DINUBA RANCH, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 82-2549943<br><br>**Dates business existed**<br><br>From 8/18/2017 To Present |
| | **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| 25.4. | DIXON EAST LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 47-3514519<br><br>**Dates business existed**<br><br>From 3/23/2015 To Present |
| | **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| 25.5. | FRY ROAD, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 82-4958550<br><br>**Dates business existed**<br><br>From 3/19/2018 To Present |
| | **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| 25.6. | HALL RANCH LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 81-2201702<br><br>**Dates business existed**<br><br>From 4/4/2016 To Present |
| | **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| 25.7. | JEFFREY RANCH, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 82-3279110<br><br>**Dates business existed**<br><br>From 8/24/2017 To Present |

Case: 24-50211    Doc# 177    Filed: 04/17/24    Entered: 04/17/24 19:54:26    Page 15 of 23

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.8. JOHL LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 81-0955963 |
| | | **Dates business existed** |
| | | From 12/29/2015 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.9. LAMB RANCH, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 82-4720859 |
| | | **Dates business existed** |
| | | From 2/22/2018 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.10. MARCUCCI RANCH, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 35-0573489 |
| | | **Dates business existed** |
| | | From 7/14/2018 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.11. PHELPS RANCH, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 61-1901423 |
| | | **Dates business existed** |
| | | From 8/27/2018 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.12. PORTERVILLE LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 82-1350312 |
| | | **Dates business existed** |
| | | From 4/26/2017 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.13. RASMUSSEN LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 47-5069847 |
| | | **Dates business existed** |
| | | From 9/14/2015 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.14. RATTO RANCH, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 30-1127973 |
| | | **Dates business existed** |
| | | From 8/8/2018 To Present |

Case: 24-50211   Doc# 177   Filed: 04/17/24   Entered: 04/17/24 19:54:26   Page 16 of 23

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.15.  SOUTH OLIVE HOLDINGS, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 82-5410175 |

| | | Dates business existed |
|---|---|---|
| | | From 4/18/2018 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.16.  TOOR RANCH, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 82-4306304 |

| | | Dates business existed |
|---|---|---|
| | | From 1/23/2018 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.17.  TRINITAS FARMING, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 27-5028883 |

| | | Dates business existed |
|---|---|---|
| | | From 2/14/2011 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.18.  TULE RIVER RANCH, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 82-2142065 |

| | | Dates business existed |
|---|---|---|
| | | From 7/10/2017 To Present |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.19.  TURF RANCH LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | AGRICULTURE | EIN: 47-4141937 |

| | | Dates business existed |
|---|---|---|
| | | From 5/22/2015 To Present |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  BRENT HANSSTON<br>POMONA FARMING LP<br>1414 EAST F ST<br>A-102<br>OAKDALE CA 95361 | From 3/2023 To 3/29/2024 |

| Name and address | Dates of service |
|---|---|
| 26a.2.  BRYCE HARDAGE<br>1414 EAST F STREET<br>SUITE A<br>OAKDALE CA 95361 | From _____ To 8/2023 |

Case: 24-50211    Doc# 177    Filed: 04/17/24    Entered: 04/17/24 19:54:26    Page 17 of 23

| Name and address | Dates of service |
|---|---|
| 26a.3.  CHATRIONA BOSS<br>1414 EAST F STREET<br>SUITE A<br>OAKDALE CA 95361 | From _____ To Present |

| Name and address | Dates of service |
|---|---|
| 26a.4.  DEBBIE SALCEDO<br>1414 EAST F STREET<br>SUITE A<br>OAKDALE CA 95361 | From 8/2023 To Present |

| Name and address | Dates of service |
|---|---|
| 26a.5.  MICHELLE JONES<br>1414 EAST F STREET<br>SUITE A<br>OAKDALE CA 95361 | From _____ To 11/2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  MOSS ADAMS LLP<br>PO BOX 101822<br>PASADENA CA 91189-1822 | From NOVEMBER 2013 To Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  TRINITAS PARTNERS, LLC<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  . SEE, GLOBAL NOTES |

| Name and address |
|---|
| 26d.2.  AMERICAN AGCREDIT, FLCA<br>5560 S. BROADWAY<br>EUREKA CA 95503 |

| Name and address |
|---|
| 26d.3.  AMERICAN AGCREDIT, PCA<br>5560 S. BROADWAY<br>EUREKA CA 95503 |

Case: 24-50211    Doc# 177    Filed: 04/17/24    Entered: 04/17/24 19:54:26    Page 18 of 23

| Name and address |
| --- |

26d.4. BESSEMER PRIVATE INVESTMENT
PARALLEL FUND I LLC
630 5TH AVE
NEW YORK NY 10111

| Name and address |
| --- |

26d.5. BESSEMER REAL ASSETS I INC
630 5TH AVE
NEW YORK NY 10111

| Name and address |
| --- |

26d.6. CEIL W. HOWE, III
23311 NEWTON AVE
STRATFORD CA 93266

| Name and address |
| --- |

26d.7. CORDILLERA INVESTMENT FUND I LP
2 EMBARCADERO CTR
STE 2260
SAN FRANCISCO CA 94111

| Name and address |
| --- |

26d.8. CORDILLERA INVESTMENT FUND IB LP
2 EMBARCADERO CTR
STE 2260
SAN FRANCISCO CA 94111

| Name and address |
| --- |

26d.9. FARM CREDIT LEASING SERVICES CORPORATION
1665 UTICA AVES, SUITE #400
MINNEAPOLIS MN 55416

| Name and address |
| --- |

26d.10. FOXCLIFF HOLDINGS LLC
433 EL ARROYO RD
HILLSBOROUGH CA 94010

| Name and address |
| --- |

26d.11. HOIBERG 2001 REVOCABLE TRUST
1000 ATKINSON LN
MENLO PARK CA 94025

| Name and address |
| --- |

26d.12. MAKENA CAPITAL HOLDINGS B LP
2755 SAND HILL RD
STE 200
MENLO PARK CA 94025

| Name and address |
| --- |

26d.13. MSA ORCHARDS LP
3110 MAIN ST
STE 310
SANTA MONICA CA 90405

| Name and address |
| --- |

26d.14. NYL REAL ASSETS LLC
51 MADISON AVE
NEW YORK NY 10010

| Name and address |
| --- |

26d.15. PRIVATE ADVISORS REAL ASSETS FUND LP
901 EAST BYRD ST
STE 1400
RICHMOND VA 23219

| Name and address |
| --- |

26d.16. R. RYON PATON
45 CORNELIA DR
HILLSBOROUGH CA 94010

| Name and address |
| --- |

26d.17. RABO AGRIFINANCE LLC
ROGER BECKER
14767 NORTH OUTER 40 RD
STE 400
CHESTERFIELD MO 63017

| Name and address |
| --- |

26d.18. RABO BANK NA
45 RIVER PARK PLACE, WEST
SUITE 401
FRESNO CA 93720

| Name and address |
| --- |

26d.19. SAMSARA CAPITAL FINANCE
7077 E. MARILYN RD STE 125
SCOTTSDALE AZ 85254

| Name and address |
| --- |

26d.20. THE HARVESTING GROUP GP
470 E. HERNDON, STE 200
FRESNO CA 93720

| Name and address |
| --- |

26d.21. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
1111 BROADWAY
STE 1400
OAKLAND CA 94607

| Name and address |
| --- |

26d.22. WELLS FARGO EQUIPMENT FINANCE, INC.
600 SOUTH 4TH STREET
MAC N9300-100
MINNEAPOLIS MN 55415

---

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Case: 24-50211    Doc# 177    Filed: 04/17/24    Entered: 04/17/24 19:54:26    Page 20 of 23

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| _____ |
| _____ |
| _____ |
| _____ |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name and address | Position | Nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1. | CEIL HOWE III<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | LIMITED PARTNER | LIMITED PARTNERSHIP INTEREST | 0.49% |
| 28.2. | KIRK HOIBERG<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | LIMITED PARTNER | LIMITED PARTNERSHIP INTEREST | 0.49% |
| 28.3. | RYON PATON<br>1414 EAST F STREET<br>A-102<br>OAKDALE CA 95361 | LIMITED PARTNER | LIMITED PARTNERSHIP INTEREST | 0.49% |
| 28.4. | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br>1111 BROADWAY<br>STE 1400<br>OAKLAND CA 94607 | LIMITED PARTNER | LIMITED PARTNERSHIP INTEREST | 50.79% |
| 28.5. | TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV GP, LLC<br>2055 WOODSIDE RD<br>STE 195<br>REDWOOD CITY CA 94061 | GENERAL PARTNER | GENERAL PARTNERSHIP INTEREST | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name and address | Position | Nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| 29.1. _____ _____ _____ _____ | _____ | _____ | From _____ To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below

| Name and address of recipient | Amount of money or value of property | Description of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. _____ _____ _____ _____ | $_____ | _____ | _____ | _____ |
| **Relationship to debtor** _____ | | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No

☒ Yes. Identify below

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1. TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV GP, LLC | EIN: 36-4794321 |

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No

☐ Yes. Identify below

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1. _____ _____ _____ | EIN: __ __-__ __ __ __ __ __ |

Case: 24-50211    Doc# 177    Filed: 04/17/24    Entered: 04/17/24 19:54:26    Page 22 of 23

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/17/2024
          MM/DD/YYYY

✖    */s/ Kirk Hoiberg*
       Signature of individual signing on behalf of debtor

Kirk Hoiberg
Printed name

Authorized Signatory
Position or relationship to debtor

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Case: 24-50211     Doc# 177     Filed: 04/17/24     Entered: 04/17/24 19:54:26     Page 23 of 23