**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello (SBN 244256)
rmarticello@raineslaw.com
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (310) 400-4001

Mark S. Melickian (IL SBN 6229843)
(*Admitted Pro Hac Vice*)
mmelickian@raineslaw.com
30 North LaSalle Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 704-9400

**HUSCH BLACKWELL LLP**
Michael A. Brandess (IL SBN 6299158)
(*Admitted Pro Hac Vice*)
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 655-1500
Fax: (312) 655-1501
michael.brandess@huschblackwell.com

*Proposed Co-Counsel for the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>TRINTAS ADVANTAGED AGRICULTURE PARTNERS IV, LP, *et al.*,[1]<br><br>Debtor | Case No. 24-50211 (DM) (Lead Case)<br>Chapter 11<br><br>**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE DEBTORS' BID PROCEDURES MOTION**<br><br>Date: April 26, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **Tele/Videoconference Appearances Only**<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

---

[1] The last four digits of Trinitas Advantaged Agriculture Partners IV, LP's tax identification number are 3730. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at

The Official Committee of Unsecured Creditors (the "**Committee**") of Trinitas Advantaged Agriculture Partners IV, LP, *et al.*, submits this statement (the "**Statement**") in response to the Motion for Orders Authorizing and Approving Bid Procedures and seeking other relief [Docket No. 136] (the "**Motion**").

As indicated in the Motion, the above-captioned debtors (the "**Debtors**") seek approval from this Court to sell all of the Debtors' property (but no less than twenty percent of the Debtors' property by acreage) pursuant to certain proposed bid procedures (the "**Bid Procedures**") set forth in the Motion.[2]

The Committee is supportive of the Debtors' efforts to sell their Portfolio. However, the Committee has significant concerns about certain aspects of the Bid Procedures and the Committee wants to ensure that the sale process currently being run ultimately benefits the unsecured creditors.

Many significant decisions that could greatly impact the outcome of these cases remain unresolved, including amongst others, what parcels of the Portfolio will be included in the initial Auction set for May 30, 2024, whether there will be one or more stalking horse bidders and on what terms, and whether Rabo Ag should be permitted to credit bid as proposed in the Motion. While the Committee is a "Consultation Party," the Bid Procedures afford the Debtors extraordinary discretion on some of these points and others. Moreover, the dates and deadlines in the Bid Procedures are driven by the Milestones in the DIP Credit Agreement. As the Committee raised in opposition to the Debtors' motion to approve the DIP Credit Agreement, the Committee is concerned property will be sold prematurely to avoid a default under the DIP Credit Agreement at the expense of the general unsecured creditors.

In most instances, the Committee's concerns have yet to mature into an actual objection or could become moot based on the bids received. The Committee does not want to disrupt the sale process or burden the Court with objections prematurely. Also, the Debtors and the Committee agree that, subject to the Court's availability, the Court should hear the Committee's objections with

---

https://www.donlinrecano.com/trinitas. The Debtors' service address is 2055 Woodside Road, Suite 195, Redwood City, CA 94061.

[2] Capitalized terms used herein, not otherwise defined, shall be ascribed the meaning set forth in the Motion.

respect to the initial Auction, if they do mature, before the Auction is conducted. Ultimately, the Debtors and the Committee resolved the Committee's objections to the Bid Procedures at this time by generally preserving the Committee's rights to object at a later date as needed and providing for a hearing after the Bid Deadline, but before the initial Auction. The terms set forth below and reflected in the Debtors' notice of filing, among other things, a revised proposed order approving the Bid Procedures [Docket No. 214] memorialize this understanding:

> 5. By no later than May 23, 2024, at 4:00 p.m. (prevailing Pacific time), the Debtors will provide the Consultation Parties with: (a) a list of all Qualified Bids, broken down by the parcels of Property to which the respective bids are qualified; (b) a list of the specific parcels of Property to which the Debtors intend to submit for bidding at Auction; and (c) a list of the specific parcels of Property that will not be subject to Auction.
>
> 6. By no later than May 23, 2024, at 4:00 p.m. (prevailing Pacific time) (the "Credit Bid Election Deadline,") Rabo Ag shall notify, in writing (e-mail being sufficient), counsel for the Debtors and counsel for the Committee if Rabo Ag intends to exercise its credit bid right at the Auction with respect to all or a portion of the Property. If Rabo Ag elects to so exercise its credit bid, such notice (the "Credit Bid Notice") shall identify the portions of the Property with respect to which Rabo Ag intends to credit bid, the total amount of the credit bid, and the amount of the credit bid allocated by ranch. If Rabo Ag does not notify the Debtors and the Committee of its intention to credit bid by the Credit Bid Election Deadline, Rabo Ag will not be permitted to credit bid at the Auction.
>
> 7. By no later than May 27, 2024, the Committee may file an objection to (a) Rabo Ag's Credit Bid Notice and Rabo Ag's right to credit bid as notified therein in accordance with paragraph 4; (b) the Debtor's decision to enter into a Stalking Horse Bid and any terms thereof; (c) the portions of the Property that the Debtors intend to offer at the Auction; or (d) the timing, and to seek an extension, of the Bid Deadline, the Auction, and/or the Sale Hearing (such objection, a "Pre-Auction Committee Objection").
>
> 8. If the Committee files a Pre-Auction Committee Objection, a hearing shall be held on May 29, 2024, at 10:00 a.m. (prevailing Pacific time) (the "Pre-Auction Hearing") to resolve the Pre-Auction Committee Objection. Replies and responses to the Pre-Auction Committee Objection shall be presented at the Pre-Auction Hearing.

DATED: April 18, 2024.

**RAINES FELDMAN LITTRELL LLP**

By: /s/ Robert S. Marticello
Robert S. Marticello (SBN 244256)
Mark S. Melickian (*Admitted Pro Hac Vice*)
rmarticello@raineslaw.com
mmelickian@raineslaw.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 310.400.4001

-AND-

**HUSCH BLACKWELL LLP**

By: /s/ Michael A. Brandess
Michael A. Brandess (IL SBN 6299158)
(*Admitted Pro Hac Vice*)
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501
michael.brandess@huschblackwell.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*