**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>TRINITAS ADVANTAGED<br>AGRICULTURE PARTNERS IV, LP *et al.*,[1]<br><br>Debtors. | Case No. 24-50211 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF (I) REVISED PROPOSED BID PROCEDURES AND (II) UPDATED CURE NOTICE**<br><br>Date: April 26, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **Tele/Videoconference Appearances Only**, United States Bankruptcy Court, Courtroom 17, 16th Floor,<br>San Francisco, CA 94102 |

---

[1] The last four digits of Trinitas Advantaged Agriculture Partners IV, LP's tax identification number are 3730. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/trinitas. The Debtors' service address is 2055 Woodside Road, Suite 195, Redwood City, CA 94061.

**TO THE UNITED STATES BANKRUTPCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on February 19, 2024 (the "Petition Date"), Trinitas Advantaged Agriculture Partners IV, LP; Trinitas Farming, LLC; Dixon East LLC; Turf Ranch LLC; Rasmussen LLC; Johl LLC; Chiala LLC; Hall Ranch LLC; Dinuba Ranch, LLC; Porterville LLC; Tule River Ranch, LLC; Jeffrey Ranch, LLC; Toor Ranch, LLC; Lamb Ranch, LLC; Fry Road, LLC; Adobe Ranch, LLC; Marcucci Ranch, LLC; Ratto Ranch, LLC; and Phelps Ranch, LLC (collectively, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 29, 2024, the Debtors filed the *Debtors' Motion for Orders (I)(A) Authorizing and Approving Bid Procedures, (B) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (D) Approving the Notice Procedures, (D) Authorizing Entry into One or More Stalking Horse Agreements, and (E) Setting a Date for the Sale Hearing; and (II) Authorizing and Approving (A) the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) the Assumption and Assignment of Certain Contracts, and (C) Payment of Bid Procedures, If Applicable* (the "Bid Procedures Motion") [Dkt. No. 136].[2]

**PLEASE TAKE FURTHER NOTICE** that, in response to the Court's docket text order dated April 23, 2024, the Debtors have revised the proposed Bid Procedures, which are attached hereto in clean form and a redline showing changes from the proposed Bid Procedures attached as Exhibit 1 to the Proposed Order [Dkt. No. 136-1], as **Exhibit A-1** and **Exhibit A-2**, respectively.

**PLEASE TAKE FURTHER NOTICE** that, also attached hereto as **Exhibit B** is an updated form of Cure Notice, which includes a schedule of the Potential Purchased Contracts and their respective proposed Cure Amounts.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings in these Chapter 11 Cases can be viewed and/or obtained by: (i) accessing the Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue., 5th Floor, San Francisco, California 94102, or (iii) from the Debtors' notice and claims agent, Donlin, Recano & Company, Inc. at the following web address: https://www.donlinrecano.com/trinitas, or by calling the restructuring information center at 1 (800) 780-7386 (toll free) for U.S. and Canada-based parties or 1 (212) 771-1128 for International parties, or by submitting an inquiry via e-mail to tfinfo@drc.equiniti.com.

Note that a PACER password is needed to access documents on the Court's website.

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Bid Procedures Motion.

| | |
|---|---|
| Dated: April 25, 2024 | **KELLER BENVENUTTI KIM LLP**<br><br>By: */s/ Jane Kim*<br>　　　Jane Kim<br><br>*Attorneys for Debtors and Debtors in Possession* |