**<u>Exhibit A</u>**

**Modified Dates and Deadlines**

| Event | Original Date or Proposed Date | Revised Calendar Date (in bold if new) | Deadline |
|---|---|---|---|
| Qualified Bid and Parcel Lists Deadline | May 23, 2024 4:00 p.m. (PT) | **May 29, 2024 4:00 p.m. (PT)** | Deadline by which the Debtors will provide the Consultation Parties with: (a) a list of all Qualified Bids, broken down by the parcels of Property to which the respective bids are qualified; (b) a list of the specific parcels of Property that the Debtors intend to submit for bidding at Auction; and (c) a list of the specific parcels of Property that will not be subject to Auction. |
| Credit Bid Election Deadline | May 23, 2024 4:00 p.m. (PT) | **May 29, 2024 4:00 p.m. (PT)** | Deadline by which Rabo Ag shall notify the Debtors and the Committee of its election to credit bid at the Auction. |
| Pre-Auction Committee Objection Deadline | May 27, 2024 | **June 3, 2024** | Deadline by which the Committee may file an objection to (a) Rabo Ag's Credit Bid Notice and Rabo Ag's right to credit bid as notified therein in accordance with paragraph 4; (b) the Debtor's decision to enter into a Stalking Horse Bid and any terms thereof; (c) the portions of the Property that the Debtors intend to offer at the Auction; or (d) the timing, and to seek an extension, of the Bid Deadline, the Auction, and/or the Sale Hearing. |
| Starting Bid Notice Deadline | May 29, 2024 | **June 5, 2024** | The Debtors will provide to all Qualified Bidders participating in the Auction a Starting Bid Notice stating the Starting Bid and the bidding increments for each lot. |
| Pre-Auction Hearing (if necessary) | May 29, 2024 10:00 a.m. (PT) (subject to Court's availability) | **June 5, 2024 11:30 a.m. (PT)** | Hearing on the Pre-Auction Committee Objection (if any). |
| Auction (if necessary) | May 30, 2024 11:00 a.m. (PT) | **June 6, 2024 11:00 a.m. (PT)** | Date on which the Debtors will begin the Auction. |

| Event | Original Date or Proposed Date | Revised Calendar Date (in bold if new) | Deadline |
|---|---|---|---|
| Auction Results Notice | June 3, 2024 (or one business day after the conclusion of the Auction) | **June 7, 2024 (or one business day after the conclusion of the Auction)** | Date by which the Debtors will serve notice of the results of the Auction to all Qualified Bidders, the Creditors' Committee, Rabo Ag, and all other parties who have timely elected to receive notices related to the sale process. |
| Sale Objection Deadline | June 7, 2024 4:00 p.m. (PT) | **June 10, 2024 4:00 p.m. (PT)** | Deadline by which Sale Objections must be filed with the Court and served so as to be actually received by the Objection Notice Parties. |
| Sale Reply Deadline | June 12, 2024 | **June 13, 2024 12:00 p.m. (PT)** | Deadline by which the Debtors and/or the Successful Bidder(s) will file and serve their reply, if any, in support of the Sale Motion. |
| Sale Hearing | June 14, 2024 10:00 a.m. (PT) | June 14, 2024 10:00 a.m. (PT) | Date for the hearing to consider approval of the Sale pursuant to section 363 of the Bankruptcy Code. |
| Sale Order Deadline | Within 3 business days following the Sale Hearing | Within 3 business days following the Sale Hearing | Date by which the Court shall have entered the Sale Order, pursuant to the DIP Credit Agreement. |