

**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No.
(jrichards@kbkllp.com)
TRACI L. SHAFROTH (Cal. Bar No. 2
(tshafroth@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

Signed and Filed: August 13, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV, LP, *et al.*,[1]<br><br>Debtors. | Case No. 24-50211 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF DONLIN, RECANO & COMPANY, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 19, 2024 THROUGH AND INCLUDING MAY 31, 2024**<br><br>Date: August 9, 2024<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **Tele/Videoconference Appearances Only**<br>United States Bankruptcy Court<br>450 Golden Gate Avenue<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>**Objection Deadline:**<br>**July 22, 2024, 4:00 p.m. (Pacific Time)** |

---

[1] The last four digits of Trinitas Advantaged Agriculture Partners IV, LP's tax identification number are 3730. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/trinitas. The Debtors' service address is 2055 Woodside Road, Suite 195, Redwood City, CA 94061.

Upon consideration of the *First Interim Application of Donlin, Recano & Company, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 19, 2024 through and including May 31, 2024* (the "**Interim Application**");[2] and this Court having jurisdiction to consider the Interim Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Interim Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Interim Application having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Interim Application and the Terry and Hoiberg Declarations; and, upon the record and all of the proceedings had before the Court; and this Court having found and determined that the relief sought in the Interim Application is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and that the legal and factual bases set forth in the Interim Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Interim Application is granted as provided herein.

2. DRC is awarded an interim allowance of its compensation for professional services rendered in the amount of $29,908.20, consisting of $29,908.20 of fees and reimbursement of $0.00 of actual and necessary expenses incurred during the Interim Fee Period.

3. Amounts previously paid by the Debtor to Donlin, Recano & Company to date on account of Monthly Fee Statements, in the aggregate amount of $20,737.76, consisting of $20,737.76 of fees and reimbursement of $0.00 of actual and necessary expenses incurred during the Interim Fee Period, are approved and ratified.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Application.

Case: 24-50211    Doc# 485    Filed: 08/13/24    Entered: 08/13/24 18:04:29    Page 2 of 4

4. The Debtors are authorized and directed to pay Donlin, Recano & Company the balance due on account of fees and expenses awarded and allowed under this Order, or $9,170.44.

5. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

** END OF ORDER **

**Court Service List**

*All ECF Participants*