**KELLER BENVENUTTI KIM LLP**
Jane Kim (Cal. Bar No. 298192)
(jkim@kbkllp.com)
Jeremy V. Richards (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
Traci L. Shafroth (Cal. Bar No. 251673)
(tshafroth@kbkllp.com)
Thomas B. Rupp (Cal. Bar No. 278041)
(trupp@kbkllp.com)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Counsel for the Debtors and Debtors in Possession*

**RAINES FELDMAN LITTRELL LLP**
Robert S. Marticello (SBN 244256)
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Tele: (310) 400-4001
rmarticello@raineslaw.com

Mark S. Melickian (*Pro Hac Vice*)
30 North LaSalle Street, Suite 3100
Chicago, IL 60602
Tele: (312) 704-9400
mmelickian@raineslaw.com

**HUSCH BLACKWELL LLP**
Michael A. Brandess (*Pro Hac Vice*)
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Tele: (312) 655-1500
Fax: (312) 655-1501
michael.brandess@huschblackwell.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>TRINITAS ADVANTAGED AGRICULTURE PARTNERS IV, LP, *et al.*,[1]<br><br>Debtors. | Lead Case No. 24-50211 (DM)<br>(Jointly Administered)<br>Chapter 11<br>**NOTICE OF REVISED PROPOSED ORDER CONFIRMING CHAPTER 11 PLAN** |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on February 19, 2024 (the "Petition Date"), Trinitas Advantaged Agriculture Partners IV, LP; Trinitas Farming, LLC; Dixon East LLC; Turf Ranch LLC; Rasmussen LLC; Johl LLC; Chiala LLC; Hall Ranch LLC; Dinuba Ranch, LLC; Porterville

[1] The last four digits of Trinitas Advantaged Agriculture Partners IV, LP's tax identification number are 3730. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/trinitas. The Debtors' service address is 2055 Woodside Road, Suite 195, Redwood City, CA 94061.

LLC; Tule River Ranch, LLC; Jeffrey Ranch, LLC; Toor Ranch, LLC; Lamb Ranch, LLC; Fry Road, LLC; Adobe Ranch, LLC; Marcucci Ranch, LLC; Ratto Ranch, LLC; and Phelps Ranch, LLC (collectively, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee ("UST") appointed an official committee of unsecured creditors (the "Committee," and, together with the Debtors, the "Plan Proponents") in the Chapter 11 Cases on March 7, 2024. *See* Dkt. Nos. 43 & 44.

**PLEASE TAKE FURTHER NOTICE** that on September 8, 2026, the Plan Proponents filed the *Joint Chapter 11 Plan of Liquidation dated September 8, 2026* [Dkt. No. 1302] (the "September 8 Plan").

**PLEASE TAKE FURTHER NOTICE** that on September 30, 2026, the Plan Proponents filed, among other documents, the *Brief of Plan Proponents in Support of Confirmation of Chapter 11 Plan and Reply to Objections* [Dkt. No. 1312] (the "Confirmation Brief"). Attached as Exhibit A to the Confirmation Brief was a proposed order confirming the September 8 Plan (the "Original Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that the Plan Proponents have met and conferred with Pomona Farming LLC ("Pomona") to resolve certain informal objections raised by Pomona to the Original Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed order confirming the September 8 Plan (the "Revised Proposed Order"), and attached hereto as **Exhibit B** is a redline comparison (changed pages only) between the Original Proposed Order and the Revised Proposed Order. The Plan Proponents understand that the changes incorporated into the Revised Proposed Order have resolved Pomona's informal objections to the Original Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings in these Chapter 11 Cases, including all documents identified herein, can be viewed and/or obtained from the Debtors' claims and noticing agent, Donlin, Recano & Company, LLC at the following web address: https://www.donlinrecano.com/trinitas, or by calling the restructuring information center at 1-800-780-7386 (toll free) for U.S. and Canada-based parties or 1-332-284-1398 for International parties, or by submitting an inquiry via e-mail to tfinfo@angeiongroup.com.

Dated: October 6, 2026

**KELLER BENVENUTTI KIM LLP**

By: */s/ Jane Kim*
Jane Kim
*Attorneys for the Debtors and Debtors in Possession*

**RAINES FELDMAN LITTRELL LLP**
**HUSCH BLACKWELL LLP**

By: */s/ Mark S. Melickian*
Mark S. Melickian
*Co-Counsel for the Official Committee of Unsecured Creditors*